# UNTIED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM ACKERMAN, et al., <br><br>        Plaintiffs, <br><br> vs. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br>       Defendants. | Court File No. 21-cv-1098 (JRT/KMM) |
| JAMES PERRY, <br><br>        Plaintiff, <br><br> vs. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br>       Defendants. | Court File No. 21-cv-1101 (JRT/KMM) |
| MATTHEW KEEN, <br><br>        Plaintiff, <br><br> vs. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br>       Defendants. | Court File No. 21-cv-1104 (JRT/KMM) |

**MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiffs, by and through counsel, hereby move this Court for an order remanding these cases to Minnesota State Court, Fourth Judicial District, Hennepin County.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Omnibus Memorandum of Law filed in support of this Motion.

Dated:  May 28, 2021                    Respectfully submitted,

                                         *s/Daniel E. Gustafson*
                                        Daniel E. Gustafson (#202241)
                                        Amanda M. Williams (#341691)
                                        **GUSTAFSON GLUEK PLLC**
                                        Canadian Pacific Plaza
                                        120 South Sixth Street, Suite 2600
                                        Minneapolis, MN  55402
                                        Tel: (612) 333-8844
                                        dgustafson@gustafsongluek.com
                                        awilliams@gustafsongluek.com

                                        William R. Sieben (#100808)
                                        Alicia N. Sieben (#389640)
                                        Matthew J. Barber (#397240)
                                        **SCHWEBEL GOETZ & SIEBEN, P.A.**
                                        5120 IDS Center
                                        80 South Eighth Street
                                        Minneapolis, Minnesota 55402-2246
                                        Tel: (612) 377-7777
                                        bsieben@schwebel.com
                                        asieben@schwebel.com
                                        mbarber@schwebel.com

                                        Richard M. Paul III
                                        Ashlea G. Schwarz
                                        **PAUL LLP**
                                        601 Walnut Street, Suite 300
                                        Kansas City, Missouri 64106
                                        Tel: (816) 984-8100
                                        Rick@PaulLLP.com
                                        Ashlea@PaulLLP.com

                                        ***Attorneys for Plaintiffs***

2